UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X          Chapter 7

IN RE:                                                       Case No.: 23-42316 (NHL)

     LUNDY′S MANAGEMENT CORP.,

               DEBTOR.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## DECLARATION IN OPPOSITION TO DEBTOR′S MOTION AUTHORIZING THE REJECTION OF CERTAIN UNEXPIRED LEASES

PT TRUST, BASYA SHAYNA SILVER TRUSTEE, a/k/a PS TRUST BASYA

SHAYNA SILVER TRUSTEE, (hereinafter, "the Trust") by and through its attorney Lawrence

Kulak, Esq., hereby makes this declaration in opposition to the Trustee's motion seeking an

Order authorizing the rejection of certain unexpired leases.

1.     The Trust is a creditor of the Debtor having filed a Proof of Claim on August 12,

       2025.  Attached thereto as Exhibit A is a copy of the Proof of Claim.

2.     The Trustee seeks an Order authorizing the rejection of leases based upon his

       business judgment.  The leases sought to be rejected are a Ground Lease and eight

       subleases.

3.     The Ground Lease of which the Debtor is the Tenant, is for the land and building

       located at 1901 Emmons Avenue Brooklyn, New York and has a term of 49 years

       ending in 2043.  Attached hereto as Exhibit B is a copy of the Ground Lease.

4.     The eight subleases, of which the Debtor is the sub-Landlord, upon information

       and belief each has a different sub Tenant.

5.     Upon information and belief, the Ground Lease obligates the Debtor to pay rent

       which is significantly below market value.  As such, it is respectfully submitted

       that the Ground Lease is a valuable asset of the Debtor and therefore should not

be rejected.

6.      In addition, upon information and belief, the rents due the Debtor under the sub-
        Leases are being held in escrow pending resolution of disputes between the
        Debtor and sub-Tenants.  Upon the resolution of the disputes, the escrowed rent
        should be paid to the Debtor.

7.      Due to the believed value of the Ground Lease as well as the escrowed rent due
        under the sub-Leases, the Trustee's motion should be denied.

8.      Based on the foregoing, Trustee's motion seeking an Order authorizing the
        rejection of certain unexpired leases should be dismissed.

Dated: 9/4/2025

/s/Lawrence Kulak

Lawrence R. Kulak, Esq.
Law Offices of Lawrence R. Kulak
1078 East 15th Street
Brooklyn, New York 11230
Tel: 646-213-0030
Kulaklaw39@gmail.com