Leo Fox, Esq.
*Attorney for DB Capital LLC*
630 Third Avenue – 18th Floor
New York, New York 10017
(212) 867-9595
leo@leofoxlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 7 |
| LUNDY'S MANAGEMENT CORP., | Case No. 25-42316 (NHL) |
| Debtor. | |

----------------------------------------------------------------X

## **DECLARATION OF LEO FOX**

Leo Fox duly declares under penalty of perjury.

On July 28, 2025 (ECF #14), the Trustee made a motion to reject its lease with Sheepshead Restaurant Associates, Inc. under a term of 49 years ending in 2043.

In an exchange of emails (*Exhibit A*), and pursuant to an offer proffered on Thursday, September 5, 2025, DB Capital made an offer to purchase the subject lease in the amount of $200,000 (*Exhibit B*). There ensued another series of emails (*Exhibit C*). Finally, DB Capital modified and improved its offer as described in an email dated September 10, 2025, with attachments (*Exhibit D*).

DB Capital believes that the offer will result in a significantly better result for the Estate and consequently respectfully requests that the Court consider and grant such request.

Dated: New York, New York
September 10, 2025

                                                                    Respectfully submitted,

                                                                    */s/ Leo Fox*
                                                                    Leo Fox