# EXHIBIT A

# Leo Fox

**From:** Leo Fox
**Sent:** Wednesday, September 3, 2025 2:49 PM
**To:** kenneth.Silverman@rimonlaw.com
**Subject:** Lundy's

Hi Ken

Tried calling you twice about your motion on behalf of the Trustee to reject the Debtor's Lease with the Landlord. Please call me at your earliest.
Thank you

*Leo Fox, Esq.*
The Law Office of Leo Fox, Esq.
630 Third Avenue – 18th Floor
New York, New York 10017
(212) 867-9595 (Office)
(917) 873-2766 (Cell)
(212) 949-1857 (Fax)
leo@leofoxlaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Leo Fox, Esq. for damage arising in any way from its use.

# Leo Fox

| | |
|---|---|
| **From:** | Leo Fox |
| **Sent:** | Thursday, September 4, 2025 2:50 PM |
| **To:** | George Kazantzis; Kenneth P. Silverman |
| **Cc:** | Brian Powers |
| **Subject:** | RE: A Surprising Visitor ?  Voluntary Chapter 7 Case 1-25-42316-nhl |

Ken

Could you please get me the payment instructions for a down payment?

*Leo Fox, Esq.*
*The Law Office of Leo Fox, Esq.*
630 Third Avenue – 18th Floor
New York, New York 10017
(212) 867-9595 (Office)
(917) 873-2766 (Cell)
(212) 949-1857 (Fax)
leo@leofoxlaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged. The contents of this e-mail message and any attachments are intended solely for the party or parties addressed and named in this message. This communication and all attachments, if any, are intended to be and to remain confidential, and it may be subject to the applicable attorney - client and or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute, or copy this message and or any attachments if you are not the intended recipient. Do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments. Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Leo Fox, Esq. for damage arising in any way from its use.

**From:** George Kazantzis <gkazantzis@hotmail.com>
**Sent:** Thursday, September 4, 2025 10:07 AM
**To:** Kenneth P. Silverman <kenneth.silverman@rimonlaw.com>
**Cc:** Brian Powers <brian.powers@rimonlaw.com>; Leo Fox <leo@leofoxlaw.com>
**Subject:** Re: A Surprising Visitor ? Voluntary Chapter 7 Case 1-25-42316-nhl

Thank you, Mr Silverman,

I anticipate that through our attorney, Mr. Fox, we will make a bona fide offer that requires a cash deposit to the Trustee

Do you have wiring instructions that we may use as a matter of convenience, or can we hand deliver a bank check/certified check to your office to your attention?

Respectfully,