*EXHIBIT B*

# THE LAW OFFICE OF
# LEO FOX, ESQ.

August 26, 2025

David J. Doyaga
Trustee
26 Court Street – Suite 1803
Brooklyn, New York 11242

Re:   In re Lundy's Management Corp.
      Case No. 25-42316 (NHL)

Dear Mr. Doyaga:

    I represent DB Realty Capital LL (the "Purchaser").  The Purchaser offers to purchase the Lease between the Landlord and Debtor, as Lessee, covering the real property located at 1901 Emmons Avenue, Brooklyn, New York 11235 ("Real Property" under a term terminating on March 8, 2043 as Amended and modified  (the "Lease") and subleases covered under such Lease or Real Property for the amount of $ 200,000 payable in cash upon entry and approval of a final Court Order authorizing the assumption and assignment of the Lease to the Purchaser.   The Purchaser has delivered to you, as part of this offer, a check in the amount of $20,000 representing 10% of the purchase price to be held by the Trustee which shall be a credit against the purchase price  and will pay the balance within three Business days of receipt of a Final Court Order assuming and assigning the Lease and Subleases to the Purchaser. The Purchaser is prepared to show you that it has the cash to complete this transaction. If the Purchaser fails to pay any balance, the Trustee may retain the Deposit.

    The purchase price shall include an assignment of (1) the Trustee's rights under the Lease, and Subleases  and rights under the Bankruptcy Code to pursue any and all claims owed with respect to the Lease and Subleases  and, in defense of any claims asserted against the Debtor's interest in the Lease and Subleases and (2) the Debtor's rights under Federal and State Law, as Tenant. This offer is conditioned upon the Trustee's entering into and agreeing to the offer agreement by no later than September 5, 2025, the Trustee's motion being timely filed to extend the time to assume or reject the Lease to and until October 18, 2025, and entry of a final Court Order assuming the Lease and assigning the Lease and Subleases to the Purchaser. If any of these conditions are not met, the Trustee shall return the Deposit and any other funds delivered by the Purchaser without any offset or claim and this offer shall be void.

It shall be the Purchaser's responsibility at its cost to pay or satisfy all arrears owed or determined to be owed under §365(b)(1)(A), (B) and (4) of the Bankruptcy Code with respect to the Lease and to pay any amounts or obligations owed with respect to the Subleases.

Thank you.

Very truly yours,

/s/ *Leo Fox*
Leo Fox

LF:cb